# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Romaine R. Gaik<br>**Debtor** | BK NO. 18-03940 JJT<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of PNC Bank, National Association and index same on the master mailing list.

                                   Respectfully submitted,

                                   **/s/ James C. Warmbrodt, Esquire**
                                   James C. Warmbrodt, Esquire
                                   KML Law Group, P.C.
                                   BNY Mellon Independence Center
                                   701 Market Street, Suite 5000
                                   Philadelphia, PA  19106
                                   215-627-1322