In re:                                                       Case No. 18-03940-RNO

Romaine R. Gaik                                    Chapter 13

Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: AutoDocke          Page 1 of 3
Date Rcvd: Dec 18, 2020          Form ID: pdf010          Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Romaine R. Gaik, 42 Short Drive, Moscow, PA 18444-6441 |
| 5109847 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Citi, PO Box 183051, Columbus, OH 43218-3051 |
| 5109849 | + | Debt Recovery Solutions, 6800 Jericho Turnpike, Syosset, NY 11791-4401 |
| 5122187 | + | Debt Recovery Solutions, LLC, 6800 Jericho Turnpike, Suite 113-E, Syosset, NY 11791-4401 |
| 5109850 | + | Delta Medix, 300 Lacawanna Avenue, Unit 200, Scranton, PA 18503-2001 |
| 5109852 | | Diversified Adjustments, 600 Coon Rapids Blvd NW, Minneapolis, MN 55433-5549 |
| 5109853 | | EOS CCA, PO BOX 981008, Boston, MA 02298-1008 |
| 5109855 | + | FIA Card Services, P.O. Box 17054, Wilmington, DE 19850-7054 |
| 5109857 | + | Jewish Home of Eastern PA, 1101 Vine St, Scranton, PA 18510-2193 |
| 5109858 | + | Lackawanna Ambulance, 1000 Remington Ave, Scranton, PA 18505-1118 |
| 5109861 | + | Michaels, Louis & Assoc, P.O. Box 1062, Coraopolis, PA 15108-6062 |
| 5128693 | + | North Pocono School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 5109865 | + | PNC Bank Mortgage Service, P.O.Box 8703, Dayton, OH 45401-8703 |
| 5109867 | + | Portnoff Law Associates LTD, 2700 Horizon Drive, Ste 100, King of Prussia, PA 19406-2726 |
| 5109868 | | Shapiro Law Office, 712 Darby Road, P.O. Box 20, Havertown, PA 19083-0210 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5109845 | | Email/Text: EBNProcessing@afni.com | Dec 18 2020 19:02:00 | AFNI, Inc., PO Box 3517, Bloomington, IL 61702-3517 |
| 5109846 | + | Email/Text: g20956@att.com | Dec 18 2020 19:02:00 | AT&T Mobility, P.O. Box 537104, Atlanta, GA 30353-7104 |
| 5109848 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 18 2020 19:02:00 | Credit Collection Service, PO Box 607, Norwood, MA 02062-0607 |
| 5109851 | | Email/Text: mrdiscen@discover.com | Dec 18 2020 19:02:00 | Discover Bank, P. O. Box 15251, Wilmington, DE 19886 |
| 5109854 | + | Email/Text: bknotice@ercbpo.com | Dec 18 2020 19:02:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 5109856 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 18 2020 19:02:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5109860 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 18 2020 19:26:49 | LVNV Funding LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 5121982 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 18 2020 19:27:37 | LVNV Funding, LLC its successors and assigns as, assignee of GE Money Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5109862 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

|  |  |  |  |
|---|---|---|---|
|  |  | Dec 18 2020 19:02:00 | Midland Credit, 8875 Aero Drive, San Diego, CA 92123-2255 |
| 5109863 | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 18 2020 19:02:00 | Nationwide Insurance, PO Box 9134, Needham Heights, MA 02494-9134 |
| 5135595 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 18 2020 19:02:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 5109866 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 18 2020 19:27:32 | Portfolio Recovery, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502 |
| 5135764 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 18 2020 19:26:45 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5110633 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 18 2020 19:27:32 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5109864 | + Email/Text: bkrgeneric@penfed.org | Dec 18 2020 19:02:00 | Pentagon FCU, 2930 Eisenhower Avenue, Alexandria, VA 22314-4557 |
| 5109869 | + Email/Text: bankruptcydepartment@tsico.com | Dec 18 2020 19:02:00 | Transworld Systems, Inc., 507 Prudential Road, Horsham, PA 19044-2308 |
| 5109870 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 18 2020 19:02:00 | Verizon, 500 Technology Dr., Ste 300, Weldon Spring, MO 63304-2225 |
| 5109871 | + Email/Text: BKRMailOps@weltman.com | Dec 18 2020 19:02:00 | Weltman, Weinberg & Reis, PO Box 5430, Cleveland, OH 44101-0430 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | North Pocono School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5109859 | ##+ | Lackawanna Tax Claim Bureau, 135 Jefferson Avenue, Scranton, PA 18503-1716 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2020         Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt |  |

        on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

James Randolph Wood
        on behalf of Creditor North Pocono School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com

Timothy B. Fisher, II
        on behalf of Debtor 1 Romaine R. Gaik donna.kau@pocono-lawyers.com

United States Trustee
        ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| ROMAINE R. GAIK, | : | |
| Debtor | : | Case No: 5:18-bk-03940 RNO |
| | : | |

## ORDER GRANTING VOLUNTARY DISMISSAL

AND NOW on the motion of Debtor, Romaine R. Gaik, for an Order granting his request to voluntarily dismiss the pending Chapter 13 bankruptcy case, it is hereby

ORDERED that the Chapter 13 case is hereby dismissed.

Dated: December 18, 2020

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Bankruptcy Judge  BI